DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
MICHAEL HUEY

Douglas Pharr, SBN 158078
Law Office of Douglas Pharr
1700 Second Street, Suite 333
Napa, California 94559
Telephone: (707) 258-2654
Facsimile: (707) 258-2820

Attorney for Defendant
JANEEN LOTTON

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL HUEY, | Case No. 2:13–CV–00916–JAM–KJN |
| Plaintiff, | **STIPULATION TO REALIGN JANEEN LOTTON AS PLAINTIFF** |
| vs. | Trial Date: TBA |
| CITY OF VALLEJO, et al., | Action Filed: May 9, 2013 |
| Defendants. | |

Plaintiff Michael Huey, and his attorneys, and defendant Janeen Lotton, and her attorneys, make this stipulation to realign Ms. Lotton as a plaintiff.

---

*Huey v. City of Vallejo*, No. 2:13–CV–00916–JAM–KJN
Stipulation to Realign Janeen Lotton as Plaintiff—1

1  WHEREAS, Mr. Huey filed a complaint on May 9, 2013 in which he joined Ms. Lotton as a party under Rule 19(a)(1) of the Federal Rules of Civil Procedure based on her status as the birth mother of decedent J.H.;

WHEREAS, Mr. Huey named Ms. Lotton as a defendant because he did not have her consent to be joined as a plaintiff;

WHEREAS, Ms. Lotton intends to pursue the same claims against defendants City of Vallejo, Joseph Kreins, Robert Nichelini, and the Doe police officers as asserted by Mr. Huey in his complaint;

NOW THEREFORE, the parties stipulate that Ms. Lotton should be realigned as a plaintiff in this action.

Dated: August 9, 2013

SIEGEL & YEE

By: *s/Dean Royer*
    Dean Royer

Attorneys for plaintiff
MICHAEL HUEY

Dated: August 9, 2013

By: *s/Douglas Pharr*
    Douglas Pharr

Attorneys for defendant
JANEEN LOTTON

---

*Huey v. City of Vallejo*, No. 2:13–CV–00916–JAM–KJN
Stipulation to Realign Janeen Lotton as Plaintiff—2

**IT IS SO ORDERED.**

Dated:   August 9, 2013           /s/ John A. Mendez
                                   Honorable John A. Mendez
                                   United States District Court Judge

*Huey v. City of Vallejo*, No. 2:13–CV–00916–JAM–KJN
Stipulation to Realign Janeen Lotton as Plaintiff—3