DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
MICHAEL HUEY

| | |
|---|---|
| DOUGLAS PHARR, SBN 158078<br>Law Office of Douglas Pharr<br>1700 Second Street, Suite 333<br>Napa, California 94559<br>Telephone: (707) 258-2654<br>Facsimile: (707) 258-2820<br><br>Attorney for Plaintiff<br>JANEEN LOTTON | CLAUDIA M. QUINTANA<br>City Attorney, SBN 178613<br>BY:  KELLY J. TRUJILLO<br>Deputy City Attorney, SBN 244286<br>CITY OF VALLEJO, City Hall<br>555 Santa Clara Street, P.O. Box 3068<br>Vallejo, CA  94590<br>Tel:    (707) 648-4545<br>Fax:   (707) 648-4687<br><br>Attorneys for Defendants, CITY OF VALLEJO, JOSEPH KREINS, and ROBERT NICHELINI |

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HUEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, et al.,<br><br>    Defendants. | Case No. 2:13–CV–00916–JAM–KJN<br><br>**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT**<br><br>Trial Date: TBA<br>Action Filed: May 9, 2013 |

---

*Huey v. City of Vallejo*, No. 2:13–CV–00916–JAM–KJN
Stipulation for Filing of First Amended Complaint—1

Plaintiff Michael Huey, and his attorneys; plaintiff Janeen Lotton, and her attorneys; and defendants City of Vallejo, Joseph Kreins, and Robert Nichelini make this stipulation to allow plaintiffs to file a first amended complaint. A copy of the first amended complaint is attached as Exhibit 1 to this stipulation.

WHEREAS, Mr. Huey filed a complaint on May 9, 2013 in which he joined Ms. Lotton as a party under Rule 19(a)(1) of the Federal Rules of Civil Procedure based on her status as the birth mother of decedent J.H.;

WHEREAS, Mr. Huey named Ms. Lotton as a defendant because he did not have her consent to be joined as a plaintiff;

WHEREAS, Ms. Lotton intends to pursue the same claims against defendants City of Vallejo, Joseph Kreins, Robert Nichelini, and the Doe police officers as asserted by Mr. Huey in his complaint;

WHEREAS, on August 12, 2013, the Court entered its order realigning Ms. Lotton as a plaintiff;

WHEREAS, Mr. Huey's complaint names the police officers who fired weapons at decedent J.H. as "Doe" defendants because as of May 9, 2013, he did not have sufficient information in order to personally name said defendants;

WHEREAS, on August 12, 2013, Mr. Huey received interrogatory responses that identified the police officers who fired weapons at decedent J.H;

WHEREAS, Mr. Huey and Ms. Lotton intend to amend the complaint to change Ms. Lotton's party status from defendant to plaintiff, and to substitute the names of the police officers for the "Doe" officers identified in the complaint;

NOW THEREFORE, the parties stipulate that Mr. Huey and Ms. Lotton may file the attached first amended complaint. Defendants shall have 21 days from the date of service to file responsive pleadings.

Dated: August 15, 2013

SIEGEL & YEE

By: *s/Dean Royer*
Dean Royer

Attorneys for plaintiff
MICHAEL HUEY

Dated: August 15, 2013

By: *s/Douglas Pharr*
Douglas Pharr

Attorneys for plaintiff
JANEEN LOTTON

Dated: August 15, 2013

CITY OF VALLEJO

By: *s/Kelly J. Trujillo*
Kelly J. Trujillo

Attorneys for defendants
CITY OF VALLEJO, JOSEPH KREINS, and ROBERT NICHELINI

*Huey v. City of Vallejo*, No. 2:13–CV–00916–JAM–KJN
Stipulation for Filing of First Amended Complaint—3

**IT IS SO ORDERED.**


Dated:  8/15/2013                    /s/ John A. Mendez
                                     The Honorable John A. Mendez
                                     United States District Court Judge

---

*Huey v. City of Vallejo*, No. 2:13–CV–00916–JAM–KJN
Stipulation for Filing of First Amended Complaint—4