CLAUDIA M. QUINTANA
City Attorney, SBN 178613
BY: KELLY J. TRUJILLO
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants:
CITY OF VALLEJO, R. NICHELINI , J. KREINS, K. BARTLETT, J. HUFF

DAN SIEGEL (SBN 56400)
DEAN ROYER (SBN 233292)
SIEGEL & YEE
499 14TH Street, Suite 300
Oakland, CA 94612
Telephone: 510 839-1200
Facsimile: 510 444-6698

Attorneys for Plaintiff:
MICHAEL HUEY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HUEY, individually and as successor-in-interest to decedent J.H., a minor, and JANEEN LOTTON, individually and as successor-in-interest to decedent J.H., a minor,<br><br>             Plaintiff,<br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, individually and in his official as Chief of Police for the CITY OF VALLEJO; JOSEPH KREINS, in his official capacity as Chief of Police for the CITY OF VALLEJO; and DOES 1-25, inclusive,<br><br>             Defendants. | Case No.  2:13-CV-00916-JAM-KJN<br><br>**STIPULATED AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER TO FIRST AMENDED COMPLAINT BY MICHAEL HUEY** |

1  Under Local Rule 144, plaintiff Michael Huey and Defendants City of Vallejo, Nichelini, Kreins, Bartlett and Huff and their attorneys, make this stipulation to extend time for these defendants to file an answer to the First Amended Complaint by Michael Huey.

WHEREAS, plaintiff Huey and plaintiff Lotten filed a First Amended Complaint via stipulation and order on August 16, 2013.

WHEREAS, defendants City of Vallejo, Nichelini, and Kreins' responsive pleadings are due September 6, 2013.

WHEREAS, defendants Bartlett and Huff's responsive pleadings are due September 18, 2013.

WHEREAS, all defendants will file a Motion to Dismiss as to plaintiff Janeen Lotten's First Amended Complaint on September 6, 2013.

WHEREAS, to avoid confusion all defendants wish to file one answer to plaintiff Michael Huey's complaint after the court rules on the Motion to Dismiss as to plaintiff Lotten's First Amended Complaint.

NOW THEREFORE, the parties stipulate that defendants City of Vallejo, Nichelini, Kreins, Bartlett and Huff will file their answer to Michael Huey's complaint within 10 days of the court's ruling on defendants' Motion to Dismiss Janeen Lotten's First Amended Complaint.

DATED: September 5, 2013

*/s/ Kelly J. Trujillo*
KELLY J. TRUJILLO
Deputy City Attorney
Attorney for Defendants, CITY OF VALLEJO, ROBERT NICHELINI, JOSEPH KREINS, K. BARTLETT, J. HUFF

DATED: September 5, 2013

*/s/ Dean Royer*
DEAN ROYER
SIEGAL & YEE
Attorney for Plaintiff Michael Huey

1  **IT IS SO ORDERED.**
2
3  DATED:  9/6/2013                                      /s/ John A. Mendez
4                                                                    HONORABLE JOHN A. MENDEZ
                                                                    United States District Court Judge