DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
MICHAEL HUEY

| | |
|---|---|
| DOUGLAS PHARR, SBN 158078<br>Law Office of Douglas Pharr<br>1700 Second Street, Suite 333<br>Napa, California 94559<br>Telephone: (707) 258-2654<br>Facsimile: (707) 258-2820<br><br>Attorney for Plaintiff<br>JANEEN LOTTON | CLAUDIA M. QUINTANA<br>City Attorney, SBN 178613<br>BY:  KELLY J. TRUJILLO<br>Deputy City Attorney, SBN 244286<br>CITY OF VALLEJO, City Hall<br>555 Santa Clara Street, P.O. Box 3068<br>Vallejo, CA  94590<br>Tel:    (707) 648-4545<br>Fax:    (707) 648-4687<br><br>Attorneys for Defendants, CITY OF VALLEJO, JOSEPH KREINS, and ROBERT NICHELINI |

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL HUEY,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY OF VALLEJO, et al.,<br><br>            Defendants. | Case No. 2:13–CV–00916–JAM–KJN<br><br>**STIPULATION FOR PROTECTIVE ORDER AND ORDER RE JUVENILE RECORDS**<br><br>Trial Date: TBA<br>Action Filed: May 9, 2013 |

---

*Huey v. City of Vallejo*, No. 2:13–CV–00916–JAM–KJN
Stipulation for Protective Order re Juvenile Records—1

1  Plaintiff Michael Huey, and his attorneys; plaintiff Janeen Lotton, and her attorneys;
2  and defendants City of Vallejo, Joseph Kreins, Robert Nichelini, Kevin Bartlett, Jeremy
3  Huff, and their attorneys; make this stipulation.
4  WHEREAS, defendants intend to request the juvenile records of decedent J.H. from
5  the Solano County and Sacramento County courts.
6  WHEREAS the parties agree to protect the confidentiality of the juvenile records of
7  decedent J.H.
8  NOW THEREFORE, the parties stipulate to the following:
9  1. The following records are subject to a protective order (and designated as
10 "Confidential Material"): juvenile records of decedent J. H. maintained by the Solano
11 County and Sacramento County courts.
12 2. Confidential material may not be disclosed except as set forth in paragraphs three
13 through five.
14 3. Confidential Material may be disclosed only to the following persons: (a) counsel
15 for any party to this action; (b) paralegal, stenographic, clerical, and secretarial
16 personnel regularly employed by counsel referred to in paragraph 4(a); (c) Court
17 personnel including stenographic reporters engaged in such proceedings as are
18 necessarily incidental to preparation for the trial of this action; (d) any outside expert or
19 consultant retained in connection with this action, and not otherwise employed by
20 either party; (e) any "in house" expert designated by defendant to testify at trial in this
21 matter; (f) witnesses who may have the documents disclosed to them during deposition
22 proceedings (the witnesses may not leave the depositions with copies of the documents,
23 and shall be bound by the provisions of paragraph five); (g) any Neutral Evaluator or
24 other designated ADR provider; (h) parties to this action; and (i) the jury, should this
25 matter go to trial.
26 4. Each person to whom disclosure is made, with the exception of counsel who are
27 presumed to know of the contents of this protective order, shall, prior to disclosure: (1)
28 be provided with a copy of this order by the person furnishing him/her such material,

and (2) agree on the record or in writing that she/he has read the protective order and that she/he understand the provisions of the protective order. Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District, with respect to any proceeding relating to the enforcement of this order. Nothing in this paragraph is intended to prevent officials or employees of the City of Vallejo or other authorized government officials or any other persons from having access to the documents if they would have had access in the normal course of their job duties or rights as a citizen. Further, nothing in this order prevents a witness from disclosing events or activities personal to them, i.e., a witness can disclose to others previous information given to the City of Vallejo with respect to what she/he saw, heard, or otherwise sensed.

5. At the conclusion of the trial and of any appeal or upon other termination of this litigation, all Confidential Material received under the provision of this order (including any copies made) shall be destroyed by defendants. Provisions of this order insofar as they restrict disclosure and use of the material shall be in effect until all Confidential Material (including all copies thereof) are destroyed by defendants.

6. In the event that either party wishes to file Confidential Material with the court, as an exhibit to a pleading or otherwise, the filing party shall first seek an order to file under seal pursuant to Local Rule 141.  The Request to Seal Documents shall refer to this stipulation and protective order.

7. Nothing in this order shall preclude a party from showing or disclosing any documents, e.g., deposition transcript, pleading or brief, which otherwise contain Confidential Material as defined in paragraph 1, as long as such document has been redacted so as to prevent disclosure of such Confidential Material.

8. The foregoing is without prejudice to the right of any party (a) to apply to the Court for a further protective order relating to any Confidential Material or relating to discovery in this litigation; (b) to apply to the Court for an order removing the Confidential Material designation from any document; and (c) to apply to the Court for

---

*Huey v. City of Vallejo*, No. 2:13–CV–00916–JAM–KJN
Stipulation for Protective Order re Juvenile Records—3

1  an order compelling production of documents or modification of this order or for any
2  order permitting disclosure of Confidential Materials beyond the terms of this order.
3
4
5  Dated: January ___, 2014
6                                                                                  SIEGEL & YEE
7
8                                                                                  By:_____
9                                                                                       Dean Royer
10
                                                                                    Attorneys for plaintiff
11                                                                                  MICHAEL HUEY
    Dated: January ___, 2014
12
13
14
                                                                                    By:_____
15                                                                                       Douglas Pharr
16
                                                                                    Attorneys for plaintiff
17                                                                                  JANEEN LOTTON
    Dated: January ___, 2014
18
19
                                                                                    CITY OF VALLEJO
20
21
                                                                                    By:_____
22                                                                                       Kelly J. Trujillo
23
                                                                                    Attorneys for defendants
24                                                                                  CITY OF VALLEJO, JOSEPH
                                                                                    KREINS, ROBERT NICHELINI,
25                                                                                  KEVIN BARTLETT, and
26                                                                                  JEREMY HUFF
27
28

*Huey v. City of Vallejo*, No. 2:13–CV–00916–JAM–KJN
Stipulation for Protective Order re Juvenile Records—4

**IT IS SO ORDERED.**

**Dated: January 14, 2014**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE