**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545 // Fax:   (707) 648-4687

**MATTHEW LUCAS, SBN148484**
Hillman & Lucas, PC
1 Harbor Center, Ste. 220
Suisun City, CA 94585
Tel:   (707) 427-7377 // Fax:   (707) 427-7370

Attorneys for Defendants: CITY OF VALLEJO, ROBERT NICHELINI, JOSEPH KREINS, KEVIN BARTLETT, JEREMY HUFF

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HUEY, individually and as successor-in-interest to decedent J.H., a minor, and JANEEN LOTTON, individually and as successor-in-interest to decedent J.H., a minor, <br><br> Plaintiff, <br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, individually and in his official as Chief of Police for the CITY OF VALLEJO; JOSEPH KREINS, in his official capacity as Chief of Police for the CITY OF VALLEJO; KEVIN BARTLETT, individually and in his official capacity as police officer for the CITY OF VALLEJO; JEREMY HUFF, individually and in his official capacity as police officer for the CITY OF VALLEJO and DOES 1-25, inclusive,          Defendants. | Case No.  2:13-CV-00916-JAM-KJN <br><br><br><br> **STIPULATION  AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO DEFENDANTS CITY OF VALLEJO, ROBERT NICHELINI, AND JOSEPH KREINS** |

Case No. 2:13-CV-00916-JAM-KJN        STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

-1-

On August 16, 2013, plaintiffs Michael Huey and Janeen Lotton filed a First Amended Complaint for Damages against City of Vallejo, Robert Nichelini, Joseph Kreins, Jeremy Huff and Kevin Bartlett. (Docket No. 21).

Plaintiffs have agreed to dismiss this entire action with prejudice as to defendants City of Vallejo, Robert Nichelini and Joseph Kreins in exchange for an agreement by defendants City of Vallejo, Robert Nichelini and Joseph Kreins to waive their right to recover litigation costs for the dismissed causes of action.

IT IS THEREFORE STIPULATED by and between all parties to this stipulation by and through their respective attorneys of record that plaintiffs' entire case shall be dismissed with prejudice as to defendants City of Vallejo, Robert Nichelini and Joseph Kreins.

IT IS FURTHER STIPULATED by and between all parties to this stipulation by and through their respective attorneys of records that defendants City of Vallejo, Robert Nichelini, and Joseph Kreins agree to waive their rights to recover litigation costs against the plaintiffs as to the dismissed causes of actions.

Respectfully submitted,

DATED:  January 6, 2015

/s/ Kelly J. Trujillo
KELLY J. TRUJILLO
Attorney for Defendants,
CITY OF VALLEJO, ROBERT NICHELINI,
JOSEPH KREINS

DATED:  January 9, 2015

/s/ Che L. Hashim
CHE L. HASHIM, ESQ.
Attorney for Plaintiff Michael Huey

DATED: 1/6/2015 /s/ Douglas Pharr
DOUGLAS PHARR ESQ.
Law Office of Douglas Pharr

ORDER

The Court, having considered the foregoing stipulation of the parties, and good cause appearing therefor, the Court hereby orders that all of plaintiffs' claims against Defendants City of Vallejo, Robert Nichelini and Joseph Kreins are hereby dismissed with prejudice. The court further orders that, by stipulation, the Defendants City of Vallejo, Robert Nichelini hereby waive recovery of costs of litigation as to the dismissed claims for relief.

DATED: 1/12/15 /s/ John A. Mendez
U.S. DISTRICT COURT JUDGE