Che L. Hashim, Esq. (SBN 238565)
861 Bryant Street
San Francisco, CA 94103
Tel: 415/487-1700
Fax: 415/431-1312
Email: che.hashim.esq@gmail.com
Attorney for Plaintiff
MICHAEL HUEY

CLAUDIA M. QUINTANA
City Attorney, SBN 178613
BY:  KELLY J. TRUJILLO
Assistant City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:  (707) 648-4545 // Fax:  (707) 648-4687

DOUGLAS PHARR, ESQ., SBN
Law Office of Douglas Pharr
1700 Second Street, Suite 333
Napa, CA 94559
Tel:  (707) 258-2654 // Fax:  (707) 258-2820
Attorney for Plaintiff: JANEEN LOTTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HUEY, individually and as successor-in-interest to decedent J.H., a minor; JANEEN LOTTON, individually and as successor-in-interest to decedent, J.H., a minor,<br><br>     Plaintiffs,<br><br>     vs.<br><br>CITY OF VALLEJO, et al,<br><br>     Defendants. | Case No.  2:13-cv-00916-JAM-KJN<br><br>**STIPULATION AND ORDER TO RESET FINAL PRETRIAL CONFERENCE** |

1

2   WHEREAS the Final Pretrial conference in this matter was rescheduled from

3  April 3, 2015, to April 2, 2015;

4   WHEREAS, Che L. Hashim, Counsel for Plaintiff Michael Huey has a conflicting

5  Superior Court appearance in San Mateo County on April 2, 2015;

6   The parties have conferred and agree that the presently set Final Pretrial

7  Conference be reset to April 3, 2015, at 2:00 p.m.

8  Dated: March 31, 2015                         Respectfully Submitted,

9
                                                /s/ Che L. Hashim
10                                              Che L. Hashim, Esq.
                                                Attorney for
11                                              MICHAEL HUEY

12

13

14  Dated: March 31, 2015
                                                /s/ Kelly J. Trujillo
15                                              KELLY J. TRUJILLO
                                                Assistant City Attorney
16                                              Attorney for Defendants,
                                                KEVIN BARTLETT and JEREMY HUFF
17

18
                                                /s/ Matthew Lucas
19  Dated: March 31, 2015                       MATTHEW LUCAS
                                                Attorney for Defendants,
20                                              CITY OF VALLEJO,
                                                ROBERT NICHELINI,
21                                              JOSEPH KREINS,
22                                              KEVIN BARTLETT and JEREMY HUFF
                                                /s/ Douglas Pharr
23  Dated: March 31, 2015                       DOUGLAS PHARR
24                                              Attorney for Plaintiff,
                                                JANEEN LOTTON
25

26

27

28

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERD THAT:

1. The Final Pretrial Conference currently set for April 2, 2015, be reset to April 3, 2015 at 2:00 p.m..

Dated: 3/31/2015 /s/ John A. Mendez_____
Hon. John A. Mendez
U. S. District Court Judge