Che L. Hashim, Esq. (SBN 238565)
861 Bryant Street
San Francisco, CA 94103
Tel: 415/487-1700
Fax: 415/431-1312
Email: che.hashim.esq@gmail.com

Attorney for Plaintiff
MICHAEL HUEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HUEY, individually and as successor-in-interest to decedent J.H., a minor; JANEEN LOTTON, individually and as successor-in-interest to decedent, J.H., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation, KEVIN BARTLETT, individually and in his official capacity as police officer for the CITY OF VALLEJO; JEREMY HUFF, individually and in his official capacity as police officer for the CITY OF VALLEJO, and Does 1-25, inclusive,<br><br>Defendants. | Case No.  2:13-cv-00916-JAM-KJN<br><br><br><br>**STIPULATION TO ORDER OF DISMISSAL AND [~~PROPOSED~~] ORDER.**<br>**(FRCP 41(a)(2))** |

Plaintiffs have agreed to dismiss this entire action as to all defendants pursuant to the parties settlement agreement.  Each party shall bear their own fees and costs.

IT IS THEREFORE STIPULATED by and between all parties to this stipulation, by and through their respective attorneys that plaintiffs' entire case shall be dismissed with prejudice as to all defendants.

IT IS THEREFORE STIPULATED by and between all parties to this stipulation, by and through their respective attorneys that all parties agree to bear their own fees and costs.

Dated: July 21, 2015               Respectfully Submitted,

/s/ Che L. Hashim
Che L. Hashim
Attorney for Plaintiff
MICHAEL HUEY

Dated: July 21, 2015               Respectfully Submitted,

/s/ Douglas Pharr
Douglas Pharr
Attorney for Plaintiff
JANEEN LOTTON

Dated: July 21, 2015               Respectfully Submitted,

/s/ Kelly Trujillo
Kelly Trujillo
Attorney for Defendants
CITY OF VALLEJO, et. al

## ORDER

The Court, having considered the foregoing stipulation of the parties, and good cause appearing therefor, the Court hereby orders that all of plaintiffs' claims against all defendants are hereby dismissed with prejudice. The Court further orders that, by stipulation, all parties hereby waive recovery of costs of litigation as to the dismissed claims for relief.

Dated: July 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE